SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK

-against-

MARILYN FRANCISCO,
ANTHONY GUZZONE,
MICHAEL CAMPANA,

                                                     Defendants.

---

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuse defendants Marilyn Francisco and Anthony Guzzone of the crime of **CONTRACT IN RESTRAINT OF TRADE/MONOPOLY**, in violation of General Business Law §§340(1) and 341, committed as follows:

The defendants, acting in concert with a subcontracting company known to the Grand Jury ("Subcontractor-1"), in the County of New York, from on or about January 1, 2008, to on or about October 12, 2017, knowingly entered into or attempted to enter into a contract, agreement, arrangement, or combination in unreasonable restraint of trade and competition, relating to contracting services for Bloomberg LP.

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse defendant Anthony Guzzone of the crime of **COMMERCIAL BRIBE RECEIVING IN THE FIRST DEGREE**, in violation of Penal Law §180.08, committed as follows:

The defendant, in the County of New York, during the period from on or about January 1, 2008, to on or about October 12, 2017, without the consent of his employer, Bloomberg LP, solicited, accepted or agreed to accept a benefit valued in excess of one thousand dollars from "Subcontractor-1" upon the agreement or understanding that such benefit would influence his conduct in relation to Bloomberg LP and that economic harm exceeding two hundred fifty dollars was caused to Bloomberg LP.

THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse defendant Marilyn Francisco of the crime of **COMMERCIAL BRIBE RECEIVING IN THE FIRST DEGREE**, in violation of Penal Law §180.08, committed as follows:

The defendant, in the County of New York, during the period from on or about January 1, 2008, to on or about October 12, 2017, without the consent of her employer, Bloomberg LP, solicited, accepted or agreed to accept a benefit valued in excess of one thousand dollars from "Subcontractor-1" upon the agreement or understanding that such benefit would influence her conduct in relation to Bloomberg LP and that economic harm exceeding two hundred fifty dollars was caused to Bloomberg LP.

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses defendant Marilyn Francisco of the crime of **CONTRACT IN RESTRAINT OF TRADE/MONOPOLY**, in violation of General Business Law §§340(1) and 341, committed as follows:

The defendant, acting in concert with a subcontracting company known to the Grand Jury ("Subcontractor-2"), in the County of New York, from on or about January 1, 2013, to on or about October 12, 2017, knowingly entered into or attempted to enter into a contract, agreement, arrangement, or combination in unreasonable restraint of trade and competition, relating to contracting services for Bloomberg LP.

FIFTH COUNT

AND THE GRAND JURY AFORESAID, by this indictment, further accuse defendant Marilyn Francisco of the crime of **COMMERCIAL BRIBE RECEIVING IN THE FIRST DEGREE**, in violation of Penal Law §180.08, committed as follows:

The defendant, in the County of New York, during the period from on or about January 1, 2013, to on or about October 12, 2017, without the consent of her employer, Bloomberg LP, solicited, accepted or agreed to accept a benefit valued in excess of one thousand dollars from "Subcontractor-2" upon the agreement or understanding that such benefit would influence her conduct in relation to Bloomberg LP and that economic harm exceeding two hundred fifty dollars was caused to Bloomberg LP.

SIXTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse defendant Marilyn Francisco of the crime of **COMMERCIAL BRIBE RECEIVING IN THE FIRST DEGREE**, in violation of Penal Law §180.08, committed as follows:

The defendant, in the County of New York, during the period from on or about January 1, 2011, to on or about October 12, 2017, without the consent of her employer, Bloomberg LP, solicited, accepted or agreed to accept a benefit valued in excess of one thousand dollars from a subcontracting company known to the Grand Jury ("Subcontractor-3") upon the agreement or understanding that such benefit would influence her conduct in relation to Bloomberg LP and that economic harm exceeding two hundred fifty dollars was caused to Bloomberg LP.

SEVENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse defendant Anthony Guzzone of the crime of **COMMERCIAL BRIBE RECEIVING IN THE FIRST DEGREE**, in violation of Penal Law §180.08, committed as follows:

The defendant, in the County of New York, during the period from on or about January 1, 2013, to on or about October 12, 2017, without the consent of his employer, Bloomberg LP, solicited, accepted or agreed to accept a benefit valued in excess of one thousand dollars from a subcontracting company known to the Grand Jury ("Subcontractor-4") upon the agreement or understanding that such benefit would influence his conduct in relation to Bloomberg LP and that economic harm exceeding two hundred fifty dollars was caused to Bloomberg LP.

EIGHTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse defendant Marilyn Francisco of the crime of **COMMERCIAL BRIBE RECEIVING IN THE FIRST DEGREE**, in violation of Penal Law §180.08, committed as follows:

The defendant, in the County of New York, during the period from on or about January 1, 2013, to on or about October 12, 2017, without the consent of her employer, Bloomberg LP, solicited, accepted or agreed to accept a benefit valued in excess of one thousand dollars from "Subcontractor-4" upon the agreement or understanding that such benefit would influence her conduct in relation to Bloomberg LP and that economic harm exceeding two hundred fifty dollars was caused to Bloomberg LP.

NINTH COUNT

AND THE GRAND JURY AFORESAID, by this indictment, further accuses defendants Anthony Guzzone and Michael Campana of the crime of **CONTRACT IN RESTRAINT OF TRADE/MONOPOLY**, in violation of General Business Law §§340(1) and 341, committed as follows:

The defendants, acting in concert with a subcontracting company known to the Grand Jury ("Subcontractor-5"), in the County of New York, from on or about January 1, 2015, to on or about October 12, 2017, knowingly entered into or attempted to enter into a contract, agreement, arrangement, or combination in unreasonable restraint of trade and competition, relating to contracting services for Bloomberg LP.

TENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse defendant Anthony Guzzone of the crime of **COMMERCIAL BRIBE RECEIVING IN THE FIRST DEGREE**, in violation of Penal Law §180.08, committed as follows:

The defendant, in the County of New York, during the period from on or about January 1, 2015, to on or about October 12, 2017, without the consent of his employer, Bloomberg LP, solicited, accepted or agreed to accept a benefit valued in excess of one thousand dollars from "Subcontractor-5" upon the agreement or understanding that such benefit would influence his conduct in relation to Bloomberg LP and that economic harm exceeding two hundred fifty dollars was caused to Bloomberg LP.

ELEVENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse defendant Michael Campana of the crime of **COMMERCIAL BRIBE RECEIVING IN THE FIRST DEGREE**, in violation of Penal Law §180.08, committed as follows:

The defendant, in the County of New York, during the period from on or about January 1, 2015, to on or about October 12, 2017, without the consent of his employer, Bloomberg LP,, solicited, accepted or agreed to accept a benefit valued in excess of one thousand dollars from "Subcontractor-5" upon the agreement or understanding that such benefit would influence his conduct in relation to Bloomberg LP and that economic harm exceeding two hundred fifty dollars was caused to Bloomberg LP.

CYRUS R. VANCE, JR.<br>
DISTRICT ATTORNEY

GJ #-9th Additional Grand Jury for the Seventh Term 2018

Filed:

No. NA

THE PEOPLE OF THE STATE OF NEW YORK

-against-

MARILYN FRANCISCO,
ANTHONY GUZZONE,
MICHAEL CAMPANA,

Defendants.

INDICTMENT

CONTRACT IN RESTRAINT OF TRADE/MONOPOLY, GBL §§340(1) and 341, defendant Marilyn Francisco (2 cts.); Anthony Guzzone (2 cts.); and Michael Campana (1 ct.)
COMMERCIAL BRIBE RECEIVING IN THE FIRST DEGREE, PL §180.08, defendant Marilyn Francisco (4 cts.); Anthony Guzzone (3 cts.); and Michael Campana (1 ct.)

CYRUS R. VANCE, JR., District Attorney

A True Bill

Foreperson

ADA Christopher J. Beard
ADA James J. Hanley
Rackets Bureau