FILED: NASSAU COUNTY CLERK 08/24/2017 04:03 PM
NYSCEF DOC. NO. 35

INDEX NO. 606086/2015
RECEIVED NYSCEF: 08/24/2017

December 5, 2016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
----------------------------------------X
NASTASI & ASSOICATES,

                              Plaintiff,

     -against-

ANTHONY GERRATO,

                              Defendant.

Index No. 606086/2015
----------------------------------------X

                         100 Supreme Court Drive

                         Nassau, New York

                         December 5, 2016

                         10:15 a.m.


    EXAMINATION BEFORE TRIAL of ANTHONY NASTASI, the Plaintiff in the above-entitled action, held at the above time and place, taken before Denice De Rosa-Maloney, a Stenotype Reporter and Notary Public of the State of New York, pursuant to Court Order and stipulations between counsel.

```
 1
 2    A P P E A R A N C E S :
 3
 4    LAW OFFICE OF MICHAEL A. KOFSKY, P.L.L.C.
            Attorneys for Plaintiff
 5                One Old Country Road, Stuie 347
                  Carle Place, New York 11514
 6
      BY:   MICHAEL A. KOFSKY, ESQ.
 7
 8
 9
10    MICHAEL FX RYAN, ESQ.
            Attorneys for Defendant
11                3005 East Main Street
                  Cortland Manor, New York 10567
12
      BY:   JEFFREY RIZZO, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

FILED: NASSAU COUNTY CLERK 08/24/2017 04:03 PM
NYSCEF DOC. NO. 35

INDEX NO. 606086/2015
RECEIVED NYSCEF: 08/24/2017

Page 3
December 5, 2016

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between (among) counsel for the respective parties hereto, that;

All rights provided by the C.P.L.R., including the right to object to any question, except as to form, or to move to strike any testimony at this (these) examination(s), are reserved, and, in addition, the failure to object to any question or to move to strike any testimony at this (these) examination(s) shall not be a bar or waiver to make such motion at, and is reserved for the trial of this action;

IT IS FURTHER STIPULATED AND AGREED by and between (among) counsel for the respective parties hereto, that this (these) examination(s) may be sworn to by the witness(es) being examined, before a Notary Public other than the Notary Public before whom this (these) examination(s) was (were) begun; but the failure to do so, or to return the original of this (these) examination(s) to counsel, shall not be deemed a waiver of the

FILED: NASSAU COUNTY CLERK 08/24/2017 04:03 PM
NYSCEF DOC. NO. 35

INDEX NO. 606086/2015
RECEIVED NYSCEF: 08/24/2017

Page 4
December 5, 2016

```
 1
 2    rights provided by Rules 3116 and 3117 of the
 3    C.P.L.R., and shall be controlled thereby;
 4
 5        IT IS FURTHER STIPULATED AND AGREED by and
 6    between (among) counsel for the respective parties
 7    hereto, that this (these) examination(s) may be
 8    utilized for all purposes as provided by the
 9    C.P.L.R.;
10
11        IT IS FURTHER STIPULATED AND AGREED by and
12    between (among) counsel for the respective parties
13    hereto, that the filing and certification of the
14    original of this (these) examination(s) shall be
15    and the same hereby are waived;
16
17        IT IS FURTHER STIPULATED AND AGREED by and
18    between (among) counsel for the respective parties
19    hereto, that all rights provided by the C.P.L.R.,
20    and Part 221 of the Uniform Rules for the Conduct
21    of Depositions, including the right to object to
22    any question, except as to form, or to move to
23    strike any testimony at this examination is
24    reserved; and in addition, the failure to object
25    to any question or to move to strike any testimony
```

FILED: NASSAU COUNTY CLERK 08/24/2017 04:03 PM
NYSCEF DOC. NO. 35

INDEX NO. 606086/2015
RECEIVED NYSCEF: 08/24/2017

Page 5
December 5, 2016

at this examination shall not be a bar or waiver to make such motion at, and is reserved to, the trial of this action;

    IT IS FURTHER STIPULATED AND AGREED by and between (among) counsel for the respective parties hereto, that a copy of the within examination(s) shall be furnished to counsel representing the witness(es) testifying, without charge.

FILED: NASSAU COUNTY CLERK 08/24/2017 04:03 PM
NYSCEF DOC. NO. 35

INDEX NO. 606086/2015
RECEIVED NYSCEF: 08/24/2017

Page 6
December 5, 2016

```
 1
 2   A N T H O N Y    N A S T A S I, the Plaintiff
 3   herein, having first been duly sworn by Denice
 4   De Rosa-Maloney, a Notary Public herein, was
 5   examined and testified as follows:
 6   EXAMINATION BY
 7   MR. RIZZO:
 8              THE COURT REPORTER:  Would
 9       you, please, state your full name
10       for the record.
11              THE WITNESS:  Anthony Nastasi.
12              THE COURT REPORTER:  Would
13       you, please, state your current
14       address for the record.
15              THE WITNESS:  6120 Northern
16       Boulevard, East Norwich, New York
17       11732.
18              MR. RIZZO:  Mr. Nastasi, my
19       name is Jeffery Rizzo.  I am an
20       attorney from Michael FX Ryan and
21       Associates, who's representing
22       Anthony Gerrato in a claim that
23       you're bringing against him.  I'm
24       going to ask you questions
25       regarding that claim.  I'm going to
```

FILED: NASSAU COUNTY CLERK 08/24/2017 04:03 PM
NYSCEF DOC. NO. 35

INDEX NO. 606086/2015
RECEIVED NYSCEF: 08/24/2017

Page 7
December 5, 2016

Nastasi

ask that you keep all of your answers verbal. The court reporter can't take down nods of the head, hands gestures, thing of that type. I'm also going to ask if there are any questions that I ask you that you don't understand, please let me know and I will be happy to rephrase the question for you. If you answer the question, I'm going to assume that you understood the question. If at any time you need a break, let me know and as long as there's no pending question, you could take the break.

THE WITNESS: Sure.

Q. What is your position with Nastasi and Associates? Are you an officer?

A. I am.

Q. Do you have any other title other than officer?

A. President.

Q. Are there any other officers of the corporation?

FILED: NASSAU COUNTY CLERK 08/24/2017 04:03 PM
NYSCEF DOC. NO. 35

INDEX NO. 606086/2015
RECEIVED NYSCEF: 08/24/2017

Page 8
December 5, 2016

                        Nastasi
2     A.      No.
3     Q.      What is the address for Nastasi and
4  Associates?
5     A.      P.O. Box 1316, Syosset, New York
6  11791.
7     Q.      Are there any other employees of
8  Nastasi and Associates?
9     A.      No.
10    Q.      One other instruction.  There are
11 going to be questions that I'm going to ask and
12 you're going to know where I'm going.  Just let
13 me finish the question before you start to
14 answer.  It makes it easier for the court
15 reporter.
16    A.      Okay.
17    Q.      How long has Nastasi and Associates
18 been in existence?
19    A.      Since 1993.
20    Q.      What type of business is it?
21    A.      It was a construction business.
22    Q.      Is it involved in any other sort of
23 business?
24    A.      No.
25    Q.      How many employees does Nastasi and

FILED: NASSAU COUNTY CLERK 08/24/2017 04:03 PM
NYSCEF DOC. NO. 35

INDEX NO. 606086/2015
RECEIVED NYSCEF: 08/24/2017

Page 9
December 5, 2016

```
 1                    Nastasi
 2   Associates have?
 3        A.      Zero.
 4        Q.      What type of construction work do
 5   they do?
 6        A.      They did carpentry work.
 7        Q.      Are they no longer in existence?
 8        A.      They have ceased operations.
 9        Q.      At one point did they have other
10   employees?
11        A.      Yes.
12        Q.      How many employees did you have?
13        A.      Approximately, seven hundred.
14        Q.      Why did Nastasi and Associates
15   cease existence?
16                MR. KOFSKY:   Objection as to
17                relevancy.
18        A.      Repeat that.
19        Q.      Why does Nastasi and Associates no
20   longer exist?
21        A.      I got out of the business.
22        Q.      For what reason?
23        A.      Personal.
24        Q.      Could you respond beyond that?
25                MR. KOFSKY:   Once again,
```

FILED: NASSAU COUNTY CLERK 08/24/2017 04:03 PM
NYSCEF DOC. NO. 35

INDEX NO. 606086/2015
RECEIVED NYSCEF: 08/24/2017

Page 10
December 5, 2016

```
 1                    Nastasi
 2           objection as to realize.  You could
 3           answer.
 4      A.   I didn't want to be in the business
 5  anymore.
 6      Q.   Did you retire or did you enter
 7  some other type of business?
 8      A.   I retired from that business.
 9           MR. KOFSKY:  Objection as to
10           the form.
11      Q.   You retired from that business you
12  said?
13      A.   Yes.
14      Q.   Did you enter any other type of
15  business after shutting down Nastasi and
16  Associates?
17      A.   Could you be more specific?
18      Q.   Is there any other type of work
19  that you started doing either before or after
20  you shut down Nastasi and Associates?
21           MR. KOFSKY:  Objection as to
22           form.
23      Q.   Were you involved in any other
24  business while you were the president of Nastasi
25  and Associates?
```