# Exhibit B

10/8/10

## Exhibit E

### Statement of Work No.2

This Statement of Work (this "SOW"), is entered into by and between Nastasi and Associates , Inc. 500 Wheeler Rd, Hauppauge, NY 11788 ("Service Provider") and Bloomberg L.P. ("Bloomberg") as of this 8th day of October, 2010, and is governed by the terms of the Master Services Agreement, dated January 31st, 2005, in effect by and between Service Provider and Bloomberg (the "Agreement"). All capitalized terms not defined in this SOW shall have the definitions given to them in the Agreement. Notwithstanding anything to the contrary herein, the parties expressly agree that, in the event of a conflict, inconsistency or ambiguity between the terms and conditions of this SOW and the Agreement, the terms and conditions of the Agreement shall govern and control unless this SOW expressly indicates otherwise, by reference to specific applicable sections of the Agreement, and then only with respect to this SOW and no other statement of work. This SOW may not be amended except by written instrument executed by authorized representatives of both Service Provider and Bloomberg.

1.   **Services and Deliverables to be Provided by Service Provider:**

- Perform walkthroughs on all occupied floors by Bloomberg at our headquarters located at 731 Lexington Avenue, New York, NY 10022 and 340 West St. in order to check for damaged or broken components, such as locks, cabinets, doors, stairs, ceiling tiles and wall damage.
- Replacing all damaged ceiling materials before the commencement of each new business day, including any damages caused from the previous night by new electrical or mechanical work to such ceilings.
- Fixing and/ or replacing damaged doors or locks.
- Maintaining and repairing any damaged millwork at 731 Lexington Avenue
- Fabricating any new millwork projects requested by Bloomberg. All fabrication to take place on-site at the Bloomberg workshop
- Provide sketches for all scopes of work and shop drawings for fabrication, for review and approval prior to the commencement of fabrication
- Providing millwork for special events and off-site locations as requested from time to time by Bloomberg L.P
- Maintaining bit set and making modifications as required.
- Providing labor and materials for major in-house projects.
- Providing labor and materials for specialty projects using specialty materials.
- Be prepared to assist Bloomberg L.P in case of emergency situations as necessary.
- Researching, identifying and providing sources for new products and innovative materials.
- Using the highest standards of professional ability when it executes work with the materials required including, but not limited to, plexiglass, acrylics and aluminum.
- Fabricating custom millwork and shipping to various Bloomberg international sites wherever Bloomberg is located.
- Fabricating all custom crates required to ship Bloomberg products worldwide.

Case 1:18-cv-12061-JMF Document 142-2 Filed 05/09/19 Page 3 of 3

• Providing labor and material to perform all work per Bloomberg FDSK request (or other Bloomberg designated ticket system) for carpentry. FDSK requests are internal ticketing system by which work shall be primarily assigned by Bloomberg's Facilities Management Team

**2.** **Acceptance Testing:**

The Deliverables shall be subject to acceptance testing pursuant to Section 5 of the Agreement.

**3.** **Fees:**

| Position | Rate Type | Amount |
|----------|-----------|--------|
| FOREMAN | ST | $ 128.50 |
| FOREMAN | OT | $ 161.21 |
| FOREMAN | DT | $ 193.91 |
| Carpenter | ST | $ 118.91 |
| Carpenter | OT | $ 149.62 |
| Carpenter | DT | $ 180.33 |
| APPRENTICE | ST | $ 84.34 |
| APPRENTICE | OT | $ 108.34 |
| APPRENTICE | DT | $ 132.51 |
| Taper | ST | $ 89.58 |
| Taper | OT | $ 119.51 |

Union contract dates        10/1/2010- 12/31/2010

**Materials will be billed at cost plus 10% mark up

NASTASI & ASSOCIATES, INC.

By: _____
Name: SAM MORGA
Title: V. P.

BLOOMBERG L.P.
By: Bloomberg Inc., its General Partner

By: _____
Name:
Title: Director of Global Facilities.