# Exhibit C

# NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
## BENEFIT FUNDS

**UNION TRUSTEES**
Joseph A. Geiger
Co-Chairman
Paul Capurso
Michael P. Cavanaugh
Stephen C. McInnis
John Sheehy
Paul Tyznar

David Stewart
Executive Director

395 Hudson Street
New York, N.Y. 10014
Telephone: (212) 366-7300
Fax: (212) 366-7444

**MANAGEMENT TRUSTEES**
David T. Meberg
Co-Chairman
Catherine Condon
John DeLollis
Kevin O'Callaghan
John O'Hare
Michael Salgo

**To:** Anthony Nastasi (via email: nastasiajn@aol.com)

**RE:** Nastasi & Associates, Inc. (Account No. 14755)

Dear Mr. Nastasi:

I write in response to your inquiry dated January 24, 2018 to confirm that, according to the records of the New York City District Council of Carpenters Benefit Funds ("Funds"), employer Nastasi & Associates, Inc. ("N&A") submitted remittance reports to the Funds in 2015 showing covered carpentry work performed by employees of N&A during weeks ending April 21, April 28, and May 5, 2015. Additionally, the Funds' records show that payments were subsequently received by the Funds for benefit contributions owed by N&A for work performed by N&A's employees during this period.

Nothing herein shall be construed as a waiver or modification of the rights of the Funds or the New York City District Council of Carpenters ("Union") to recover any unpaid contributions or damages from N&A, which rights the Funds and the Union expressly reserve. Please feel free to contact me if you have any questions.

Best Regards,

/s/ William Davidian

William Davidian
Internal Delinquencies Manager
NYCDCC Benefit Funds
Phone: (212) 366-7888
Email: wdavidian@nyccbf.org

# UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA
## NEW YORK CITY & VICINITY DISTRICT COUNCIL OF CARPENTERS

JOSEPH A. GEIGER
Executive Secretary-Treasurer

STEPHEN C. MCINNIS
President

MICHAEL P. CAVANAUGH
Vice President



INSTITUTED AUGUST 13TH, 1881

395 HUDSON STREET - 9TH FLOOR
NEW YORK, N.Y. 10014
PHONE: (212) 366-7500
FAX: (212) 675-3118
www.nycdistrictcouncil.com

January 31, 2018

BY _____
& FIRST CLASS MAIL

Dear Mr. Nastasi:

    I write in response to your inquiry dated ____1/24/2018_____ to confirm that, according to the records of the New York City District Council of Carpenters Benefit Funds (the "Funds"), employer Nastasi & Associates, Inc. ("N&A") submitted remittance reports to the Funds in 2015 showing covered carpentry work performed by employees of N&A during weeks ending April 21, April 28, and May 5, 2015. Additionally, the Funds' records show that payments were subsequently received by the Funds for benefit contributions owed by N&A for work performed by N&A's employees during this period. So that there will be no misunderstanding, there was no stop work order, shutdown or withdrawal of labor for the relevant time periods as specified above since the New York City District Council of Carpenters (the "Union") did not receive such a notice from the Funds.

    Nothing herein shall be construed as a waiver or modification of the rights of the Funds or the Union to recover any unpaid contributions or damages from N&A, which rights

the Funds and the Union expressly reserve. Please feel free to contact me if you have any questions.

Sincerely,

Paul Capurso

Lead Regional Manager