UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NASTASI & ASSOCIATES, INC.,
                      Plaintiff,

-against-                          18 CIVIL 12361 (JMF)

## JUDGMENT

BLOOMBERG, L.P., et al.,
                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 11, 2020, Defendants' motion to dismiss is granted for lack of standing and the operative complaint is dismissed in its entirety without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          March 11, 2020

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/11/2020