UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASTASI & ASSOCIATES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BLOOMBERG, L.P., TURNER CONSTRUCTION CORP., EUROTECH CONSTRUCTION CORP., DONALDSON ACOUSTICS, CO. INC., JAVIER PAULINO, MARILYN FRANCISCO, ANTHONY GUZZONE, WILLIAM DALE SUMMERVILLE, LAUREN ECKHART SMITH, MICHAEL CAMPANA, RONALD OLSON, VITO NIGRO, FAY DEVLIN, DUANE ROBERT DONALDSON, DOUGLAS DONALDSON, and Does 1-25,<br><br>    Defendants. | CIVIL ACTION NO.: 18-cv-12361 (JMF)<br><br>AMENDED NOTICE OF APPEAL |

**NOTICE IS HEREBY GIVEN** that the plaintiff Nastasi & Associates, Inc. ("Nastasi") appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order (ECF # 183) of the United States District Court for the Southern District of New York entered on May 20, 2020 that denied Nastasi's Motion for Reconsideration of the Memorandum Opinion and Order Dismissing its Amended Complaint on the basis that Nastasi lacks standing to bring the claims asserted.

**NOTICE IS HEREBY FURTHER GIVEN** that Nastasi appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order (ECF # 172) of the United States District Court for the Southern District of New York entered on March 11, 2020 that dismissed Nastasi's Amended Complaint without prejudice on the basis that Nastasi lacks standing to bring the claims asserted. Notice of Appeal of this Order is timely under Federal Rule of Appellate Procedure 4(a)(4)(A)(vi).

Dated: June 9, 2020

                     Respectfully Submitted,

                     SPIRO HARRISON

                     By: */s/ David B. Harrison*
                     David B. Harrison
                     830 Morris Turnpike, 2nd Fl.
                     Short Hills, NJ 07078

2

(973) 232-0881
dharrison@spiroharrison.com

*Attorneys for Plaintiff
Nastasi & Associates, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the United States District Court for the Southern District of New York on June 9, 2020, and that as a result electronic notice of the filing was served upon all attorneys of record.

/s/ *David B. Harrison*
David B. Harrison
