**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NATASI & ASSOCIATES, INC.,

                Plaintiff,                18 **CIVIL** 12361 (JMF)

      -against-                          **JUDGMENT**

BLOOMBERG, L.P., et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 11, 2021, the Court adheres to its earlier determinations that Nastasi was not the real party in interest, that Nastasi waited an unreasonable time to seek relief pursuant to Rule 17(a)(3), and that dismissal pursuant to Rule 17 was therefore appropriate. Nastasi's arguments for reconsideration of these determinations are unpersuasive, run afoul of the Second Circuit's narrow mandate on remand, or seek an impermissible second (or even third) bite at the apple. Accordingly, Nastasi's claims are DISMISSED yet again. Judgment is entered for Defendants.

**Dated:** New York, New York
           August 12, 2021

                                              **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                                   **BY:** _____
                                                    **Deputy Clerk**